1  David F. McPherson, Bar No. 175171
   Robert C. Shaia, Bar No. 227172
2  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
   2040 Main Street, Suite 300
3  Irvine, California 92614
   Telephone: 949-852-6700
4  Facsimile: 949-261-0771
   Email: dmcpherson@watttieder.com
5         rshaia@watttieder.com

E-FILED 3/8/16

6

7  Attorneys for Defendants
   URS GROUP, INC. and FIDELITY AND DEPOSIT
8  COMPANY OF MARYLAND

9

10              UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13 | UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ENGINEERING/REMEDIATION RESOURCES GROUP, INC., a California corporation,

   Case No. 2:14-cv-005294

   [~~PROPOSED~~] JUDGMENT

   Plaintiff,

   The Hon. Philip S. Gutierrez
   Courtroom: 880

   v.

   URS GROUP, INC., a Delaware corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation, and DOES 1-10, inclusive,

   Pretrial Conf.:   February 29, 2016
   Trial Date:       March 15, 2016

   Defendants.

10269465.1 102630.00020

[PROPOSED] JUDGMENT

1       Pursuant to Defendants URS Group, Inc.'s and Fidelity and Deposit Company of Maryland's (collectively, "Defendants") Revised Offer of Judgment to resolve all claims pursuant to Rule 68 of the Federal Rule of Civil Procedure, which was then accepted by Use-Plaintiff, Engineering/ Remediation Resources Group, Inc. ("ERRG") in its Notice of Acceptance filed with the Court,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of ERRG pursuant to Rule 68 of the Federal Rules of Civil Procedure in an amount of One Million Eight Hundred Twenty Five Thousand Dollars ($1,825,000.00) (consisting of $111,336.58 in checks sent to ERRG for payments related to REAs 1-10, and an additional forthcoming payment of $1,713,663.42), which is the total amount that Defendants shall be obligated to pay on account of any liability claimed in the above-captioned action, and which shall include any liability for costs of suit, experts' fees, attorney fees, statutory penalties and interest. Within five (5) business days from the date of entry of this Judgment by the Court, Defendants shall cause the remaining $1,713,663.42 to be transferred to a client trust account held by ERRG's counsel of record, Sheppard, Mullin, Richter & Hampton, LLP.

      IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED, that pursuant to the terms of Defendants' Revised Offer of Judgment, Defendants, both collectively and individually, hereby waive any right to seek reimbursement of costs and expenses (including attorney fees) from ERRG under Paragraph 55(g) of Subcontract No. 286004.US, inclusive of any modifications made thereto.

IT IS SO ORDERED.

Dated: March __8__, 2016

                                         **PHILIP S. GUTIERREZ**
                                         The Honorable Philip S. Gutierrez
                                         UNITED STATES DISTRICT JUDGE